IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BYRON DEAN WALLER,

    Plaintiff,

v.                        Civil Case No.  1:14-CV-00921 LH-KBM

MICHAEL JAMES WALLER and
PAULA WALLER,

    Defendants.

### DEFENDANTS' NOTICE OF COMPLETION OF BRIEFING

COME NOW Defendants Michael James Waller and Paula Waller, by and through their attorneys, Felker, Ish, Ritchie & Geer, P.A. (Randolph B. Felker), and per D.N.M.LR-Civ. 7.4(e) notify the Court that briefing of Defendants' Motion for Complete Summary Judgment is complete and the Motion is ready for decision. The Motion was filed on February 10, 2015 as Doc. No. 19. No response has been filed by Plaintiff. An Affidavit was filed by Plaintiff on March 23, 2015 as Document No. 24, which did not address Defendants' Motion for Complete Summary Judgment.

                                        Respectfully submitted:

                                        FELKER, ISH, RITCHIE & GEER, P.A.
                                        Attorneys at Law
                                        911 Old Pecos Trail
                                        Santa Fe, New Mexico 87505
                                        (505) 988-4483

                                        By: /s/ Randolph B. Felker, Esq.
                                        Randolph B. Felker, Esq.
                                        *Counsel for Defendants Michael*
                                        *James Waller and Paula Waller*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via U.S. first class mail, postage pre-paid, to Byron Waller, DC#: K06593, Suwannee C.I. Annex, 5964 U.S. Highway 90, Live Oak, Florida 32060 on this 30th day of March, 2015.

/s/ Randolph B. Felker
Randolph B. Felker, Esq.