IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
APR - 9 2015
MATTHEW J. DYKMAN
CLERK

PROVIDED TO
SUWANNEE C.I. ON
APR 03 2015
FOR MAILING

BYRON DEAN WALLER,
  Plaintiff,

CASE NO. 1:14-CV-000921-LH-KBM

V.

MICHAEL JAMES WALLER
and PAULA WALLER,

  Defendants.

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANTS NOTICE OF COMPLETION OF BRIEFING

COMES NOW, Plaintiff Byron Dean Waller files this Motion in Opposition to Defendants Notice of Completion of Briefing. In support of this motion Plaintiff states as follows:

1.) Defendants motion should not be granted because Plaintiff simply has not had enough time to respond. He was unaware of D.N.M. Local Rule Civ-7.4(e) until reciept of Defendants motion. Plaintiff not being an attorney is unaware of Local Rules. Document 25, filed 3-30-15

2.) Plaintiff recieved Defendants Motion for Summary Judgment and immediately requested access to the prisons law library. Because of nearly 1500 prisoners and only 5 Westlaw Computer Terminals, law library access is in demand. For examples, Plaintiff submitted requests for law library access on 2-21-15 and was scheduled for 3-10-15 and on 2-22-15 and was scheduled on 3-12-15. See Attached.

It took nearly three (3) weeks just to be scheduled for access to the prison law library, without any fault or lack of diligence on Plaintiff. More law library request are available, but more would just be repetitious.

3.) Plaintiff has simply not been able to file a meaningful response, he has only had access to a computer a few times, and that, has only occured since March 10, 2015. Plaintiff has only had three (3) weeks to research summary judgment - less than 3 full hours on a computer terminal, not knowing or being trained in law, to be able to file a response to a motion by Defendants of this "MAGNITUDE", Plaintiff will simply need more time.

4.) A prisoner can only be scheduled law library access five (5) hours a week. Computer terminals are a "first come, first serve, basis". <u>An actual race by prisoners to get a computer.</u> Plaintiff is old, slow, and walks with a cane. He cannot compete with younger prisoners. Plus law library only contains "OLD LAW BOOKS" that a retired attorney donated. (computer access is 30 minutes a day)

5.) Defendants cited, Missouri Statutes and Case Law. And cited, New Mexico Statutes and Case Law, in their Motion for Summary Judgment. Plaintiff, "HAS NO ACCESS TO ANY OF THIS LAW". He cannot even form an opinion or intelligently investigate, research, or argue a law or case, contrary to Defendants cited cases, etc...

6.) FOR THE RECORD, Plaintiff does not have a fancy office, a desk, a computer, or 100's of current law books. Plaintiff does not even have a picnic table

-2-

to write a motion on. He must take "NOTES" of anything important on the computer, "then write the document on his bed," this is all done in an open-bay dorm, with 85 other prisoners, with beds 30 inches apart. The noise and interruption's are excessive.

7.) The "URGENT NEED" for Defendants Motion for Summary Judgment to be granted, does not give Plaintiff the time required to file a meaningful response.

8.) Plaintiff has prepared an Application for Appointment of Counsel, (it's being typed). This Honorable Court should recieve it in a couple weeks. There are "New Facts" alleged in this document where a reasonable jury could return a verdict for the Plaintiff.

WHEREFORE, Plaintiff prays Defendants Notice of Completion of Briefing not be granted. And, Allow Plaintiff a reasonable amount of time to respond, (given all the circumstances) to Defendants Motion for Complete Summary Judgment. Would this Honorable Court furnish Plaintiff, District of New Mexico Local Rules.

Respectfully Submitted

By _____

Byron Dean Weller #K06593
Suwannee C.I. - Annex
5964 U.S. Highway 90
Live Oak, Florida 32060

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was placed in the hands of prison officials for mailing via United States Mail, to The Law Offices of Felker, Ish, Ritchie & Geer, P.A. Attn: Randolf B. Felker at 911 Old Pecos Trail. Santa Fe, New Mexico 87505 on this 3 day of APRIL 2015.

Byron Dean Wall

-4-

REQUEST

☑ Law Library

Byron Waller K06593 K11605 H/M 2-21-15

Please schedule me for law library

Sincerely

Byron Wu

K06593

---

RESPONSE

3/10
Law 2pm

Brock

MAR 02 2015

REQUEST

☑ Law Library

Byron Waller   K06593   K11605   H/M        2-22-15

Please schedule me for law library

Sincerely

*[signature]* Byron Waller

K06593

RESPONSE

*[signature]* Dawe @ 10AM    3/12/15

FEB 23 2015

*[signature]*

MAR 03 2015

Byron Waller # K06593
Suwannee C.I. Annex
5964 U.S. Hwy 90
Live Oak, FL. 32060

Mailed From State Correctional Institution Suwannee C.I.

U.S. POSTAGE >> PITNEY BOWES
$ 000.69⁰
ZIP 32060
02 1W
0001384677 APR 03 2015

RECEIVED
At Albuquerque NM
APR 09 2015
MATTHEW J. DYKMAN
CLERK

United States District Court
District of New Mexico
Suite 270
333 Lomas Blvd. N.W.
Albuquerque, New Mexico 87102

LEGAL MAIL